UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

CASE NO. 1:16-CV-50-SPB

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FORTITUDE GROUP, INC. and THOMAS J. PARILLA, | ) ) ) |
| Defendants. | ) ) |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM FOR CIVIL PENALTY AGAINST DEFENDANT FORTITUDE GROUP, INC.

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal of Claim for Civil Penalty Against Defendant Fortitude Group, Inc. (D.E. # 66 ). Having reviewed the notice and the record in this case, it is:

**ORDERED AND ADJUDGED** that the notice is **GRANTED**. The civil penalty against Defendant Fortitude is voluntarily dismissed and the case with respect to Fortitude is closed.

IT IS SO ORDERED this 14th day of February 2020.

SUSAN PARADISE BAXTER
UNITED STATES DISTRICT COURT